Suzanne Kehde # 218977
4955 N. Sunset Ave.
Fresno, CA 93704
559.224.3593
Fax 559.224.4719

Attorney for Plaintiff
PAUL S. CARTER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL S. CARTER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>INFINITY BROADCASTING CORPORATION and DOES ONE THROUGH TWENTY-FIVE,<br><br>　　　　Defendants. | Case No.: CV-F-04-6618 REC/SMS<br><br>**STIPULATION OF SUBSTITUTION AND ORDER** |

TO THE HONORABLE SANDRA M. SNYDER AND TO DEFENDANT INFINITY BROADCASTING CORPORATION AND ITS ATTORNEYS OF RECORD:

　　The plaintiff to the above-entitled action hereby submits this **STIPULATION OF SUBSTITUTION AND PROPOSED ORDER** and requests that it be granted by the court.

- 1 -
STIPULATION OF SUBSTITUTION AND PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1
2    //
3    //
4    //
5    //
6
7    It is hereby stipulated that Plaintiff, PAUL S. CARTER ("Plaintiff"), hereby agrees to
8    proceed with his case pro se and that Suzanne Kehde is dismissed as his counsel of
9    record.
10
11        Plaintiff's full address:
12        Paul S. Carter
13        164 W. Decatur
14        Clovis, CA 93611
15
16        Plaintiff's home telephone number: (559) 297-5378
17        Plaintiff's cell phone number: (559) 284-9457
18
19   DATED: July 8, 2005

/s/ Paul S. Carter                    /s/ Suzanne Kehde
20   _____           _____
21
     Paul S. Carter                        Suzanne Kehde
22   Plaintiff                             Attorney for Plaintiff
                                           PAUL S. CARTER
23
24
25                                ORDER
26       Having considered Plaintiff's request to substitute himself as pro se in the
27   aforementioned case, and finding good cause thereafter,
28

- 2 -
STIPULATION OF SUBSTITUTION AND PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3  IT IS HEREBY ORDERED that Suzanne Kehde is relieved as his attorney of record
4  and that Plaintiff is now representing himself pro se.
5
6  DATED: July 13, 2005
                                    /S/ROBERT E. COYLE
7                                   United States District Court Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____

- 3 -
STIPULATION OF SUBSTITUTION AND PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com