MAUREEN E. McCLAIN (State Bar No. 062050)
CHRISTINA M. KOTOWSKI (State Bar No. 197266)
KAUFF McCLAIN & McGUIRE LLP
One Post Street, Suite 2600
San Francisco, California  94104
Telephone:   (415) 421-3111
Facsimile:     (415) 421-0938

Attorneys for Defendant
INFINITY BROADCASTING CORPORATION

THORNTON DAVIDSON (State Bar No. 166487)
SCOTT C. HAWKINS (State Bar No. 207236)
THORNTON DAVIDSON & ASSOCIATES
2055 San Joaquin Street
Fresno, CA 93721
Telephone:   (559) 256-9800
Facsimile:     (559) 256-9791

Attorneys for Plaintiff
PAUL S. CARTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PAUL S. CARTER,<br><br>                Plaintiff,<br><br>   v.<br><br>INFINITY BROADCASTING CORPORATION and DOES ONE THROUGH TWENTY-FIVE,<br><br>                Defendants. | CASE NO. F-04-6618 REC SMS<br><br>**STIPULATION AND ORDER EXTENDING EXPERT DISCLOSURE DEADLINES; SUPPORTING DECLARATION OF CHRISTINA M. KOTOWSKI**<br><br>**COMPLAINT FILED:** November 4, 2004<br>**TRIAL DATE:** January 31, 2006 |

      Plaintiff Paul S. Carter and Defendant Infinity Broadcasting Corporation, through their respective counsel, hereby stipulate to extend the deadlines for expert disclosures set forth in the Scheduling Conference Order filed in this action on May 18, 2005.  As explained more fully in the attached Declaration of Christina M. Kotowski, good cause exists for this stipulated

extension of time concerning expert witnesses because Plaintiff discharged his prior attorney and retained new counsel shortly before the expert disclosure deadline, and because Defendant intends to file a motion for summary judgment which could change the number and types of expert witnesses needed. (Kotowski Decl., ¶¶ 2-5)

By agreement of the parties, and subject to the Court's approval, the deadline for disclosing all expert witnesses (formerly August 12, 2005) shall be extended to and including November 1, 2005.  The deadline for disclosing supplemental expert witnesses (formerly August 29, 2005) shall be extended to and including November 18, 2005.

It is so stipulated:

KAUFF McCLAIN & McGUIRE LLP

DATED:  August 11, 2005

By: CHRISTINA M. KOTOWSKI
/s/ CHRISTINA M. KOTOWSKI

Attorneys for Defendant
INFINITY BROADCASTING CORPORATION

THORNTON DAVIDSON & ASSOCIATES

DATED:  August 3, 2005

By: THORNTON DAVIDSON
/s/ THORNTON DAVIDSON

Attorneys for Plaintiff
PAUL S. CARTER

### DECLARATION OF CHRISTINA M. KOTOWSKI

I, Christina M. Kotowski, declare:

I am an attorney with the firm of Kauff, McClain & McGuire, LLP, attorneys of record for Defendant Infinity Broadcasting Corporation in the above-

captioned matter. I have personal knowledge of the facts stated in this declaration and, if called as a witness, would be competent to testify thereto.

When the Scheduling Conference occurred on May 18, 2005, Plaintiff Paul Carter was represented in this action by Suzanne Kedhe, Esq. On July 7, 2005, I learned from Ms. Kehde that she no longer represented Mr. Carter. Mr. Carter subsequently called me on July 11, 2005 to notify me that Ms. Kehde no longer represented him and that he would be proceeding in propria persona pending retention of another attorney.

On July 22, 2005 I wrote to the Court asking for an extension of the expert disclosure deadlines. Defendant sought this extension because Mr. Carter was unrepresented, and Defendant intended to shortly file a motion for summary judgment that could dispose of this case. At the time it was unclear to defense counsel whether Mr. Carter would indeed retain new counsel, and it seemed a waste of the parties' resources to require expert disclosures on August 12th (including written reports from the experts) in light of the circumstances at the time.

On August 2, 2005 I learned that Plaintiff sought leave to substitute the firm of Thornton Davidson & Associates as his counsel in this matter. I am informed and believe and on that basis state that my colleague, Maureen McClain, spoke with Mr. Davidson by telephone on the afternoon of August 2nd and that Mr. Davidson and Ms. McClain agreed to extend the expert disclosure deadlines.

Good cause exists for a stipulated extension of the expert disclosure deadlines because Mr. Davidson has only recently been retained in this case; Defendant still intends to file a motion for summary judgment which could change the number and types of expert witnesses needed; and no

prejudice to either party or to the Court will occur if this stipulation is approved by the Court.

I have read this declaration and do hereby declare, under penalty of perjury, that the foregoing is true and correct. Executed on August 11, 2005, in San Francisco, California.

<u>CHRISTINA M. KOTOWSKI</u>
/s/ Christina M. Kotowski

## **ORDER**

Pursuant to stipulation, and good cause appearing, the Court hereby VACATES the portions of its May 18, 2005 Scheduling Conference Order pertaining to the deadlines for disclosure of expert witnesses and supplemental expert witnesses. The parties are directed to disclose all expert witnesses, in writing, on or before November 1, 2005, and all supplemental expert witnesses, in writing, on or before November 18, 2005. All other provisions of the Scheduling Conference Order remain in effect.

IT IS SO ORDERED.

**Dated:   August 11, 2005          /s/ Sandra M. Snyder**
icido3                              UNITED STATES MAGISTRATE JUDGE