Thornton Davidson #166487
Scott C. Hawkins #207236
THORNTON DAVISON & ASSOCIATES
2055 San Joaquin Street
Fresno, California 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9791

Attorney for Plaintiff,
PAUL S. CARTER

FILED
2005 AUG 10  P 1: 57
CLERK, US DIST COURT
EASTERN DIST OF CALIF
BY_____
       DEPUTY

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| PAUL S. CARTER | Case No.: CV-F-04-6618 REC/SMS |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY; ORDER** |
| vs. | |
| INFINITY BROADCASTING CORPORATION, et al. | |
| Defendants. | |

Plaintiff, PAUL S. CARTER, hereby substitutes Thornton Davidson as his attorney in place and instead of himself.

Dated:   8/1/05                       /S/Paul S. Carter
                                      PAUL S. CARTER


Dated:   8/1/05                       /S/Thornton Davidson
                                      THORNTON DAVIDSON


I accept.


Dated:   8/1/05                       /S/Thornton Davidson
                                      THORNTON DAVIDSON

1

SUBSTITUTION OF ATTORNEY; ORDER

**ORDERED**

**IT IS SO ORDERED.**

Dated: 8/10/05

UNITED STATES DISTRICT MAGISTRATE/JUDGE
SM SNYDER