MAUREEN E. McCLAIN (State Bar No. 062050)
CHRISTINA M. KOTOWSKI (State Bar No. 197266)
KAUFF McCLAIN & McGUIRE LLP
One Post Street, Suite 2600
San Francisco, California  94104
Telephone:   (415) 421-3111
Facsimile:    (415) 421-0938

Attorneys for Defendant
INFINITY BROADCASTING CORPORATION

THORNTON DAVIDSON (State Bar No. 166487)
SCOTT C. HAWKINS (State Bar No. 207236)
THORNTON DAVIDSON & ASSOCIATES
2055 San Joaquin Street
Fresno, CA 93721
Telephone:   (559) 256-9800
Facsimile:    (559) 256-9791

Attorneys for Plaintiff
PAUL S. CARTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PAUL S. CARTER,<br><br>           Plaintiff,<br><br>     v.<br><br>INFINITY BROADCASTING CORPORATION and DOES ONE THROUGH TWENTY-FIVE,<br><br>           Defendants. | CASE NO. 1:04-cv-06618 REC – SMS<br><br>**STIPULATION AND ORDER EXTENDING EXPERT DISCLOSURE DEADLINES; SUPPORTING DECLARATION OF CHRISTINA M. KOTOWSKI**<br><br>**COMPLAINT FILED:**  November 4, 2004<br>**TRIAL DATE:**            January 31, 2006 |

Plaintiff Paul S. Carter and Defendant Infinity Broadcasting Corporation, through their respective counsel, hereby stipulate to extend the deadlines for expert disclosures set forth in the Scheduling Conference Order filed in this action on May 18, 2005.  As explained more fully in the attached Declaration of Christina M. Kotowski, good cause exists for this stipulated extension of time concerning expert witnesses because Plaintiff discharged his prior attorney and retained new counsel shortly before

KAUFF, MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE (415) 421-3111

STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCLOSURE DEADLINES; KOTOWSKI DECLARATION          CASE NO. F-04-6618 REC SMS

PDF created with pdfFactory trial version www.pdffactory.com

1  the expert disclosure deadline, and because Defendant intends to file a motion for
2  summary judgment which could change the number and types of expert witnesses
3  needed.  (Kotowski Decl., ¶¶ 2-5)
4           By agreement of the parties, and subject to the Court's approval, the
5  deadline for disclosing all expert witnesses (formerly August 12, 2005) shall be extended
6  to and including November 1, 2005.  The deadline for disclosing supplemental expert
7  witnesses (formerly August 29, 2005) shall be extended to and including November 18,
8  2005.
9           It is so stipulated:
10 DATED:  August 11, 2005                    KAUFF McCLAIN & McGUIRE LLP

12                                             By: CHRISTINA M. KOTOWSKI
13                                                 /s/ CHRISTINA M. KOTOWSKI

14                                             Attorneys for Defendant
                                               INFINITY BROADCASTING
15                                             CORPORATION

16 DATED:  August 3, 2005                     THORNTON DAVIDSON & ASSOCIATES

18                                             By:  THORNTON DAVIDSON
19                                                  /s/ THORNTON DAVIDSON

20                                             Attorneys for Plaintiff
                                               PAUL S. CARTER

22                      **DECLARATION OF CHRISTINA M. KOTOWSKI**
23       I, Christina M. Kotowski, declare:
24       1.       I am an attorney with the firm of Kauff, McClain & McGuire, LLP,
25 attorneys of record for Defendant Infinity Broadcasting Corporation in the above-
26 captioned matter.  I have personal knowledge of the facts stated in this declaration and,
27 if called as a witness, would be competent to testify thereto.
28       2.       When the Scheduling Conference occurred on May 18, 2005,

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE (415) 421-3111

STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT
DISCLOSURE DEADLINES; KOTOWSKI DECLARATION                          CASE NO. F-04-6618 REC SMS

PDF created with pdfFactory trial version www.pdffactory.com

1  Plaintiff Paul Carter was represented in this action by Suzanne Kedhe, Esq.  On July 7,
2  2005, I learned from Ms. Kehde that she no longer represented Mr. Carter.  Mr. Carter
3  subsequently called me on July 11, 2005 to notify me that Ms. Kehde no longer
4  represented him and that he would be proceeding in propria persona pending retention
5  of another attorney.

6          3.      On July 22, 2005 I wrote to the Court asking for an extension of the
7  expert disclosure deadlines.  Defendant sought this extension because Mr. Carter was
8  unrepresented, and Defendant intended to shortly file a motion for summary judgment
9  that could dispose of this case.  At the time it was unclear to defense counsel whether
10 Mr. Carter would indeed retain new counsel, and it seemed a waste of the parties'
11 resources to require expert disclosures on August 12th (including written reports from
12 the experts) in light of the circumstances at the time.

13         4.      On August 2, 2005 I learned that Plaintiff sought leave to substitute
14 the firm of Thornton Davidson & Associates as his counsel in this matter.  I am informed
15 and believe and on that basis state that my colleague, Maureen McClain, spoke with
16 Mr. Davidson by telephone on the afternoon of August 2nd and that Mr. Davidson and
17 Ms. McClain agreed to extend the expert disclosure deadlines.

18         5.      Good cause exists for a stipulated extension of the expert disclosure
19 deadlines because Mr. Davidson has only recently been retained in this case; Defendant
20 still intends to file a motion for summary judgment which could change the number and
21 types of expert witnesses needed; and no prejudice to either party or to the Court will
22 occur if this stipulation is approved by the Court.

23         I have read this declaration and do hereby declare, under penalty of
24 perjury, that the foregoing is true and correct.  Executed on August 11, 2005, in San
25 Francisco, California.

26                                    CHRISTINA M. KOTOWSKI
                                      /s/ Christina M. Kotowski
27
28

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-3-

STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT
DISCLOSURE DEADLINES; KOTOWSKI DECLARATION

CASE NO. F-04-6618 REC SMS

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Pursuant to stipulation, and good cause appearing, the Court hereby VACATES the portions of its May 18, 2005 Scheduling Conference Order pertaining to the deadlines for disclosure of expert witnesses and supplemental expert witnesses. The parties are directed to disclose all expert witnesses, in writing, on or before November 1, 2005, and all supplemental expert witnesses, in writing, on or before November 18, 2005.  All other provisions of the Scheduling Conference Order remain in effect.

IT IS SO ORDERED.

DATED:   8/18/2005                                         /s/ Sandra M. Snyder
                                                                     HON. SANDRA M. SNYDER
                                                                     United States Magistrate Judge

KAUFF, MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCLOSURE DEADLINES; KOTOWSKI DECLARATION                    CASE NO. F-04-6618 REC SMS

PDF created with pdfFactory trial version www.pdffactory.com