```
Thornton Davidson #166487
Scott C. Hawkins #207236
THORNTON DAVISON & ASSOCIATES
2055 San Joaquin Street
Fresno, California 93721
Telephone:  (559) 256-9800
Facsimile:  (559) 256-9791

Attorney for Plaintiff,
PAUL S. CARTER
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| PAUL S. CARTER<br><br>        Plaintiff,<br><br>vs.<br><br>INFINITY BROADCASTING CORPORATION,<br><br>        Defendants.<br>_____ / | **Case No.: CV-F-04-6618 REC/SMS**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO F.R.C.P 41 (a)** |

   Plaintiff, Paul S. Carter and Defendant, Infinity Broadcasting Corporation, have agreed to dismiss this matter in its entirety with prejudice, pursuant to F.R.C.P. 41(a). Each party shall bear its own fees and costs.

   The parties seek the Court's approval of dismissal of this action with prejudice, through the order listed, *infra*.

///

///

1

STIPULATION OF DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com

```
Dated: September 16, 2005          /S/Thornton Davidson
                                   THORNTON DAVIDSON
                                   Attorney for Plaintiff,
                                   PAUL S. CARTER


Dated: September 29, 2005          /S/Maureen McClain
                                   MAUREEN E. McCLAIN
                                   Attorney for Defendant,
                                   INFINITY BROADCASTING
                                   CORPORATION
```

## ORDER

**IT IS SO ORDERED.**

```
Dated:_10/3/2005         __/s/ ROBERT E. COYLE_____
                         UNITED STATES DISTRICT JUDGE
```

2

STIPULATION OF DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com